UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| AMY L. FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-cv-33 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | Judge Mattice |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on May 13, 2011 [Court Doc. 17]. Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Magistrate Judge Carter recommended that the Commissioner's Motion for Summary Judgment be granted, that Plaintiff's Motion for Judgment on the Pleadings be denied, and that the Commissioner's decision be affirmed. Accordingly, the Court **ORDERS** that the Commissioner's Motion for Summary Judgment [Court Doc. 15] is **GRANTED** and that Plaintiff's Motion for Judgment on the Pleadings [Court Doc. 11] is **DENIED**. The Commissioner's decision denying benefits is **AFFIRMED**.

**SO ORDERED** this 6th day of June, 2011.

                                            */s/Harry S. Mattice, Jr.*
                                     HARRY S. MATTICE, JR.
                                 UNITED STATES DISTRICT JUDGE